Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

RECEIVED BY MAIL
JUN 16 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Evangelist

Marine Corps John L. Orr, IV.
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Owner(s):
Black River Country LLC., Tidwell LLC., +
Peer Boys Hunting LLC.
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Evangelist Marine Corps John L. Orr, IV.
Address: 202 West 2nd Street
Annapolis, Missouri 63620
City / State / Zip Code
County: South Iron
Telephone Number: N/A.
E-Mail Address: N/A.

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Owner(s): BlackRiver Country LLC., Tidwell LLC., + Poor Boys Hunting L.L.C.
Job or Title (if known): Owner(s)
Address (all 3 same): 202 West 2nd Street
Annapolis  Missouri  63620
City / State / Zip Code
County: South Iron
Telephone Number: ???-275-6000
E-Mail Address (if known): N/A.

[X] Individual capacity  [ ] Official capacity

Defendant No. 2
Name:
Job or Title (if known):
Address: N/A.
City / State / Zip Code
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity  [ ] Official capacity

Defendant No. 3
  Name
  Job or Title *(if known)*
  Address

  *N/A*
  City                State                Zip Code

  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Address

  *N/A*
  City                State                Zip Code

  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity   ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)
   ☐ State or local officials (a § 1983 claim)   *N/A*

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?   *N/A*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Owner(s) charged plaintiff Orr to leave V.A. Hospital without dependent wheel-chair causing numerous accidental falls and hospitalizations.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Black River Country LLC, Tidwell LLC, & Poor Boys Hunting LLC. 202 West 2nd Street and 204 West 2nd Street Annapolis, Missouri, 63620  same owner(s), Drive and Fireplace and Rear Deck.

B. What date and approximate time did the events giving rise to your claim(s) occur?

4:00 a.m. February 6, 2023, 8:00 p.m. March 6, 2023, and September 21, 2022.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

My back is now supporting a 3rd. desenerated disc as well as neck from falls where Kelly McCulley refused me my taking my wheel-chair to the Black River Country LLC. V.A. Home. No one else involved. No one saw it, just 9 emergency room visits Iron County Hospital, 2 emergency room visits, John J. Pershing V.A. Hospital, 2 emergency room visits, John Cochran V.A. St. Louis, 1 [illegible]

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

All I was told is I have no way of lessening pain, but need pain management from V.A. Hospitals for injuries of neck, and back, and infected right foot from filthy V.A. Home.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. See IV

$100,000.00 cash →:
For compensatory, and punitive damage, and permanent pain the rest of my life in back and neck, and Mental Anguish, and Mental Cruelty, I pray to God, and Jesus, and the Honorable Jurists, to avenge my poor mistreatment by cruel owner, owners who would not remove ice from drive 02-06-2023, 4:00 a.m. when I had to walk across the street from my apartment (which had no heat during ice storm), and go to main building 202 west 2nd street for warmth, (the wall had a hole where wall furnase used to be) I want land and buildings of falls, 202 and 204 west 2nd. Street, Annapolis, Missouri, 63620, for avenging my falls and permanent injuries

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   06-12-2023

Signature of Plaintiff:   Evangelist Marine Corps John L. Orr, IV.

Printed Name of Plaintiff:   Evangelist Marine Corps John L. Orr, IV.

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City   State   Zip Code

Telephone Number
E-mail Address

Please turn to reverse side of this page.