**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| EVANGELIST JOHN L. ORR, IV, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-00106-SNLJ |
| | ) |
| BLACK RIVER COUNTRY L.L.C., | ) |
| TIDWELL L.L.C., and POOR BOYS | ) |
| HUNTING L.L.C., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Plaintiff has failed to comply with the Court's Order dated October 23, 2023. As a result, this action is dismissed for failure to comply with court order. Fed. R. Civ. P. 41(b).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal would not be taken in good faith.

Dated this 30th day of November, 2023.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE